JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>　　　　Defendants. | Case No. CV 23-5507-MWF(AGRx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court has reviewed the parties' Joint Stipulation of Voluntary Dismissal with Prejudice. (Docket No. 22). For good cause shown, IT IS HEREBY ORDERED that:

1. All claims in the above-entitled actions DISMISSED in their entirety with prejudice.
2. Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: September 12, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge